# **EXHIBIT A**

# Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. 9,373,205

Case 3:26-cv-00123-LMM    Document 1-1    Filed 06/08/26    Page 2 of 22

| Claim 1 | Janus International |
|---|---|
| 1. An access device for use in an access control system, the access device comprising: | Defendant Janus International Group ("Janus" or "Defendant") manufactures, uses (including for testing), sells, and/or offers for sale the Janus Smart Door Readers and the Storage Smart Entry application, including its "Mobile Credential" feature, which enables access to entry points such as door locks. Defendant also provides instructions to end users regarding the use of these features. The Door Reader, together with the associated hardware, software, mobile applications, and related functionalities (collectively, the "Accused Products"), constitutes an access device for use within an access control system, including systems designed to control door locks.<br><br>The Accused Products include the Janus Smart Door Readers, including but not limited to the **Noke One, Noke Infinite, Noke Ion, Noke Pad Smart Keypad and Noke Screen.** Each of these products is an access device that facilitates the locking and unlocking of door locks as part of an access control system. The system supports mobile credentials, with mobile credentials delivered to a user's smartphone. Janus's access control ecosystem facilitates secure entry through applications such as the Storage Smart Entry Application. In operation, the system allows mobile credentials to be transmitted from a user's smartphone—on which the Storage Smart Entry Application is installed—to the smart door reader via Bluetooth. To gain access, the user activates a digital key within the mobile application and brings the smartphone within proximity of the door reader, such that the devices are within Bluetooth communication range.<br><br> |

| Claim 1 | Janus International |
|---|---|
| |

**Source**: ACCESS CONTROL, https://www.janusintl.com/access-control-technologies

**Source**: NOKE SMART ENTRY SYSTEM, https://www.janusintl.com/noke1 |

| Claim 1 | Janus International |
|---|---|
| |  Source: STORAGE SMART ENTRY BY NOKE, https://apps.apple.com/us/app/storage-smart-entry-by-nok%C4%93/id1241055944 |

| Claim 1 | Janus International |
|---------|---------------------|
| |  Source: SETTING UP YOUR STORAGE SMART ENTRY MOBILE APP, https://www.janusintl.com/knowledge/setting-up-your-storage-smart-entry-mobile-app |

4

# Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. 9,373,205

| Claim 1 | Janus International |
|---------|---------------------|
| | Source: NOKE INFINITE, https://www.janusintl.com/hubfs/Noke%20Infinit%C4%93%20Assets%20and%20Visual/Noke_2026-03_Sheet_Infinite.pdf |

| Claim 1 | Janus International |
|---|---|
|  | Source: NOKE ION, https://www.janusintl.com/hubfs/Noke%20Ion%20Smart%20Entry%20Brochure%202024.pdf |
|  | Source: NOKE SCREEN, https://www.janusintl.com/hubfs/Noke%20Collateral/Marketing-Materials/Noke_Screen_One_Page_Sales_Sheet.pdf |

| Claim 1 | Janus International |
|---|---|
| | <br>Source: NOKE PAD, https://www.janusintl.com/nokepad |

7

| Claim 1 | Janus International |
|---|---|
| |  Source: NOKE ONE, https://www.janusintl.com/nokeone |
| a processor (16) having control of a door lock (11); and a communication module (17) connected to the processor, the processor is configured to receive a reservation certificate (5) presented by a portable | Defendant's device includes and/or employs a processor configured to control access to a door lock, thereby enabling the lock to be secured or released. The device further includes and/or utilizes (and Defendant instructs end users to use) a communication module operatively coupled to the processor, wherein the processor is configured to receive a reservation certificate presented by a portable terminal through the communication module.

Specifically, the Defendant's Door Reader (hereinafter referred to as the "access device"), which includes, but is not limited to, the Noke One, comprises a processor that governs door access by managing the locking and unlocking functions of the door. The Smart Door Reader is equipped with a Bluetooth antenna, which serves as a |

| Claim 1 | Janus International |
|---|---|
| terminal (4) through the communication module; | wireless communication modules connected to the processor.  This communication module is configured to receive a mobile credential—serving as the reservation certificate—transmitted by a user's smartphone (i.e., the "portable terminal"). The mobile credential is provisioned by a system administrator and accessed through the Storage Smart Entry app installed on the smartphone. To present the credentials and obtain access, when the smartphone comes within Bluetooth range of the Smart Door Reader, the corresponding door lock is highlighted within the application interface. The user selects the highlighted door lock option, thereby enabling the processor to authenticate the credential and control the locking or unlocking of the door.  **Source:** NOKE ONE, https://www.janusintl.com/nokeone |

# Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. 9,373,205

| Claim 1 | Janus International |
|---------|---------------------|
| |  |

10

| Claim 1 | Janus International |
|---------|---------------------|
|         | <br><br>Source: INTERNAL PHOTOS, https://fcc.report/FCC-ID/2AFRJ-1A/4803700.pdf  Page 2 of 2<br><br>**Storage Smart Entry by Nokē** |

# Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. 9,373,205

| Claim 1 | Janus International |
|---------|---------------------|
|         |  Source: STORAGE SMART ENTRY, https://apps.apple.com/us/app/storage-smart-entry-by-nok%C4%93/id1241055944  Setting Up Your Storage Smart Entry Mobile App |

12

| Claim 1 | Janus International |
|---------|---------------------|
| |  Source: SETTING UP YOUR STORAGE SMART ENTRY MOBILE APP, https://www.janusintl.com/knowledge/setting-up-your-storage-smart-entry-mobile-app <br><br> Source: DIGITAL KEYS, https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual |

Case 3:26-cv-00123-LMM    Document 1-1    Filed 06/08/26    Page 14 of 22

| Claim 1 | Janus International |
|---|---|
|  | ## How Connectivity Works<br><br>1. When a tenant attempts to access their unit, their mobile app communicates with the smart lock via Bluetooth.<br><br>2. The unit controller processes this request and relays information through the facility's network.<br><br>3. The Nokē Cloud verifies the access request and syncs data with the PMS.<br><br>4. If the tenant has proper permissions, access is granted, and the smart lock unlocks.<br><br>Source: UNDERSTANDING NOKE SMART ENTRY SYSTEM CONNECTIVITY, https://www.janusintl.com/knowledge/connecting-the-system |
| wherein, when a current reservation certificate that comprises an interval of a reservation is presented by the portable terminal, the processor is configured to compare the interval of the reservation of the current reservation certificate to a current time accessible to the processor, determine the current time is within the interval of the reservation, and activate the door lock to allow the portable terminal to unlock | Defendant's device includes the foregoing elements, wherein, upon presentation of a current reservation certificate—comprising a defined reservation interval—by the portable terminal, the processor is configured to compare the reservation interval with a current time accessible to the processor, determine that the current time falls within the reservation interval, and activate the door lock to permit unlocking during that interval.<br><br>In operation, a user is issued a digital key (the "current reservation certificate") that defines the user's access rights and includes a specified validity period. This credential is typically provisioned by a system administrator and accessed via a mobile application installed on the user's smartphone. When the user initiates an unlock request through the application interface, the mobile credential is transmitted to the Door Reader over Bluetooth communication interface. Upon receipt of mobile credentials, the processor determines that the credential is being used within its valid time window, and accordingly activates the door lock to grant access.<br><br>The Defendant's Smart Door Reader, including implementations such as the Noke One, includes a processor configured to validate received mobile credentials, including verifying that the credential falls within an authorized access time window. Upon receiving an access request, the processor processes the credential and confirm the validity and timing of the request. If the processor determines that the user has the appropriate permissions within the permitted time period, it authorizes access and actuates the smart lock to unlock. |

14

# Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. 9,373,205

| Claim 1 | Janus International |
|---|---|
| the door lock during the interval of the reservation. |  RESERVATION CERTIFICATE — INTERVAL OF THE RESERVATION <br><br> Source: STORAGE SMART ENTRY, https://apps.apple.com/us/app/storage-smart-entry-by-nok%C4%93/id1241055944 |

15

| Claim 1 | Janus International |
|---------|---------------------|
|         |   Source: Digital Keys, https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual |

Case 3:26-cv-00123-LMM  Document 1-1  Filed 06/08/26  Page 17 of 22

# Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. 9,373,205

| Claim 1 | Janus International |
| --- | --- |
| |  |

**Step 3: Accessing Your Storage Unit**

1. **Open** the **Storage Smart Entry mobile app.**
2. **Tap the LED light** on the Nokē smart lock to "wake" it up.
3. Once the lock is active, the **unit icon** in your app will **highlight.**
4. **Tap the highlighted icon** to unlock the door.
5. **Slide the hasp open** and **lift the door.**

Source: SETTING UP YOUR STORAGE SMART ENTRY MOBILE APP, https://www.janusintl.com/knowledge/setting-up-your-storage-smart-entry-mobile-app

Source: THE SMART TECHNOLOGY VIDEO CASE STUDY, https://www.janusintl.com/reaching-new-heights-in-utah-with-nok%C4%93-smart-entry?submissionGuid=c7f9846e-17f3-4f41-96bd-23737defbc94

17

# Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. 9,373,205

| Claim 1 | Janus International |
|---|---|
| |  |

| Claim 1 | Janus International |
|---|---|
|  | ## Expiry of Digital Keys<br><br>- **Daily Expiry**:<br>Digital keys remain valid only until the end of the day. At the start of the next day, they expire and will require a fresh security check. This ensures that the system can verify the user's status and access permissions each day.<br><br>- **Account Changes**:<br>If there are any changes to the user's account (e.g., schedule or access privileges), new digital keys will be issued as needed.<br><br>Digital keys offer a convenient, secure, and flexible way to access Nokē devices and facilities. With the ability to function offline and automatically refresh daily, the system ensures seamless access even in areas with limited connectivity.<br><br>## Verifying a User Has an Active Digital Key<br><br>When a user first arrives on-site and is signing in to the mobile app with his credentials, his device is checking in with the Nokē system. Upon this check-in, a security verification is performed which is asking the Nokē Smart Entry system:<br><br>- Who is this user?<br>- What unit(s) are rented?<br>- Is the tenant paid current?<br>- Is the tenant here during his scheduled access hours?<br>- Is the device on-site, etc.?<br><br>To see if a user has an active key or if his key is expired, navigate in the Web Portal to the **Users** tab and then select the specific user. On this page, you will see a field called **Offline Key Expiration**. |

19

# Exhibit A – Evidence of Use Regarding Infringement of U.S. Patent No. 9,373,205

| Claim 1 | Janus International |
|---------|---------------------|
| | <br><br>https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual |

20

| Claim 1 | Janus International |
|---|---|
|  | https://www.janusintl.com/knowledge/explaining-why-the-nok%C4%93-storage-smart-entry-mobile-app-needs-to-know-a-tenants-location<br><br>```<br>{<br>    "lock_macs": [<br>        "XX:XX:XX:XX:XX:XX",<br>        "XX:XX:XX:XX:XX:XY"<br>    ],<br>    "actions": [<br>        "unlock",<br>        "alarm_triggered"<br>    ],<br>    "tracking_keys": [<br>        "bill@gmail.com",<br>        "ted@gmail.com"<br>    ],<br>    "before": "2018-05-23T20:08:34Z",<br>    "after": "2018-05-21T23:22:16Z"<br>}<br>```<br><br>https://github.com/noke-inc/noke-core-api-documentation |

21