# **EXHIBIT B**

| Claim 1 | Janus International |
|---|---|
| 1. An access control system comprising: | Janus International Group ("Janus" or "Defendant") manufactures, uses (including through testing), sells, and/or offers for sale, and instructs end users to use the Noke Smart Entry, including its "Storage Smart Entry App", as a means to control access to entries or door locks. The system, along with its associated hardware, software, applications, and functionalities (collectively, the "Accused Products"), constitutes an access device used in an access control system, including systems configured to control access to door locks at entry points.<br><br>Defendant's Access Control System enables secure access to entries by utilizing the **Storage Smart Entry Application** to unlock Janus Smart Door Readers or door locks installed at access points. Janus offers various Smart Door Reader models that support mobile credentials transmitted via Bluetooth and/or NFC, including but not limited to the **Noke Screen**, as well as other models such as **Noke Infinite, Noke Ion, Noke Pad Smart Keypad** and **Noke One**. The system supports mobile credentials transmitted from a user's smartphone—on which the Storage Smart Entry Application is installed—to the Door Reader via Bluetooth and/or NFC. To gain entry, the user activates the digital key within the mobile application and positions the smartphone near the smart door reader while their smartphone is within Bluetooth and/or NFC range.<br><br> |

Case 3:26-cv-00123-LMM    Document 1-2    Filed 06/08/26    Page 2 of 28

Case 3:26-cv-00123-LMM    Document 1-2    Filed 06/08/26    Page 3 of 28

| Claim 1 | Janus International |
| --- | --- |
|  | **ACCESS CONTROL TECHNOLOGIES**<br><br>*Best-In-Class Access Control Technologies. Protect Your Property and Your People.*<br><br>With Access Control Technologies (ACT) our Access Control Services offer high-quality innovation and design created to help improve your operational efficiencies and extend your capabilities all while securing and protecting your valuable assets, resources, and people.<br><br>Whether you need to upgrade an outdated access control system, add to an existing one, or commission something brand-new, we have a team of experts that will take your project from concept to completion.<br><br>**ACT Specialties:**<br><br>**Access Control:** As the largest integrator of access control products, like Nokē Smart Entry, our high-tech integration fits within existing onsite infrastructures. Client facilities and unit access solutions can be smarter and more adaptable than ever.<br><br>Source: ACCESS CONTROL, https://www.janusintl.com/access-control-technologies<br><br>**The Nokē® Smart Entry System by Janus International is a wireless, cloud-based digital key management solution that allows tenants entry to the facility using only a smart phone** [1]<br><br>The Nokē® Smart Entry System is designed to:<br><br>• Provide authorized tenant entry (or restrict entry) with an easy-to-use, intuitive and convenient way to access facility access points (gate, man-door, floor and individual unit(s)[2] using a smart phone app or wireless, entry to the facility and smart units using a smart phone key fob<br>• Provide site manager entry to facility access points (gate, man-door, floor and *vacant* unit(s) using a smart phone app or tablet<br><br>Source: NOKE SMART ENTRY SYSTEM, https://www.janusintl.com/noke1 |

| Claim 1 | Janus International |
|---|---|
| |  |

Case 3:26-cv-00123-LMM    Document 1-2    Filed 06/08/26    Page 4 of 28

Source: Storage Smart Entry by Noke,
https://play.google.com/store/apps/details?id=com.noke.nokeaccess&hl=en_us

3

# Exhibit B – Evidence of Use Regarding Infringement of U.S. Patent No. 10,657,747

| Claim 1 | Janus International |
|---|---|
|  |  Source: OPENING A UNIT AS A TENANT, https://www.janusintl.com/knowledge/opening-a-unit-as-a-tenant |

4

# Exhibit B – Evidence of Use Regarding Infringement of U.S. Patent No. 10,657,747

| Claim 1 | Janus International |
|---|---|
| | <br><br>Source: Noke Infinite,<br>https://www.janusintl.com/hubfs/Noke%20Infinit%C4%93%20Assets%20and%20Visual/Noke_2026-03_Sheet_Infinite.pdf |

5

| Claim 1 | Janus International |
|---|---|
| | <br>Source: NOKE ION, https://www.janusintl.com/hubfs/Noke%20Ion%20Smart%20Entry%20Brochure%202024.pdf |

| Claim 1 | Janus International |
|---|---|
| | **COMPLETE SMART ACCESS CONTROL SOLUTION**<br>Works everywhere a traditional access control system does, and includes a smarter display, round the clock customer support, custom branded mobile app and more!<br><br>Source: NOKE SCREEN, https://www.janusintl.com/hubfs/Noke%20Collateral/Marketing-Materials/Noke_Screen_One_Page_Sales_Sheet.pdf<br><br>**≫ NOKĒ PAD SMART KEYPAD**<br><br>**IF YOU THINK ALL KEYPADS ARE CREATED EQUAL…THINK AGAIN!**<br><br>Our Nokē Smart Entry system is the pinnacle of convenience and security for the self-storage industry. Now, the addition of the all-new Nokē Smart Keypad to the Smart Entry family of products gives you the flexibility to offer your tenants a smarter, more seamless way to access your facility and their unit.<br><br>• Tenants Can Use Their Smart Phone or Key in Code<br><br>• Bluetooth 4.0 and Mesh Connectivity Built-in |

Case 3:26-cv-00123-LMM   Document 1-2   Filed 06/08/26   Page 8 of 28

| Claim 1 | Janus International |
|---|---|
| |  Source: NOKE PAD, https://www.janusintl.com/nokepad |

| Claim 1 | Janus International |
|---|---|
|  | Source: NOKE ONE, https://www.janusintl.com/nokeone |
| a) an access device comprising a communication module connected to a processor having control of a door lock; | Defendant's access control system includes and/or utilizes (and Defendant instructs end users to use) an access device comprising a communication module operatively connected to a processor that controls a door lock.<br><br>Defendant's access control system incorporates a Smart Door Reader (the "access device"), including but not limited to the Noke Screen. A Smart Door Reader includes Bluetooth antennas that function as wireless communication modules. The Smart Door Reader further includes a processor configured to control an associated door lock. The communication module enables wireless communication with the Storage Smart Entry application executing on a user's smartphone and is operatively connected to the processor, which controls locking and unlocking of the door lock based on received credentials. |

| Claim 1 | Janus International |
|---|---|
|  | <br>Source: NOKE SCREEN, https://www.janusintl.com/noke-screen |

10

**Exhibit B – Evidence of Use Regarding Infringement of U.S. Patent No. 10,657,747**

| Claim 1 | Janus International |
|---|---|
| |  |

11

| Claim 1 | Janus International |
|---|---|
|  | <br><br>Source: INTERNAL PHOTOS, https://fccid.io/2AFRJ-KP2-000001/Internal-Photos/Internal-Photos-6139176.pdf<br>Page 4 and 7 of 13 |
| b) a secure reservation interface to receive a reservation request from a first device for a reservation at a given destination, the reservation interface comprising one or more screens for receiving a selection of a location at the destination and an interval of the reservation; | Defendant's access control system includes and/or utilizes (and Defendant instructs end users to use) a secure reservation interface configured to receive a reservation request from a first device for access at a given destination. The reservation interface comprises one or more screens for receiving a selection of a location at the destination and an interval of the reservation (e.g., start time and duration or end time).<br><br>Defendant's system includes a web console, i.e., Noke Smart Entry web portal ("reservation interface") that allows an administrator, using a desktop, laptop computer or mobile phone (the "first device"), to add users, configure user schedules, specify access locations and durations, and issue credentials. The administrator selects one or more access locations within a facility (the "destination") and assigns specific access intervals (i.e., "intervals of reservation") based on the user's clearance. The interface includes multiple screens for receiving and setting the location and reservation interval parameters. |

12

| Claim 1 | Janus International |
|---------|---------------------|
|         | For e.g., using the web console (the "reservation interface") the administrator may grant a guest access to multiple locations within the facility for a specified schedule selected from predefined options. Such a schedule may include a default access window, for instance from 09:00 AM to 05:30 PM, Monday through Friday ("interval of reservation").<br><br>How to Add Employees, Vendors, or Service Workers<br><br>Use the **Add User** feature in the Nokē Smart Entry (NSE) Web Portal to create accounts for employees, vendors, and service workers who need access to your facility, but aren't tenants. These users are managed entirely within the NSE system, giving you flexibility over who can enter your facility and when.<br><br>Source: HOW TO ADD A NEW USER, https://www.janusintl.com/knowledge/how-to-add-employees-vendors-or-service-workers<br><br>Creating an Employee Account<br><br>Employee accounts are designed to give staff full access to facility entry points.<br><br>**Steps to Create an Employee Account**<br><br>1. Log in to the **Web Portal**.<br>2. In the top-right corner, click **Add User** to open the **Create New User** form.<br>3. Select the **Employee** option. |

| Claim 1 | Janus International |
|---------|---------------------|
| |  |

| Claim 1 | Janus International |
|---|---|
| |
Source: NOKE SMART ENTRY TRAINING MANUAL, https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual |
| c) a reservation server, in communication with the reservation interface and a network, to: receive the reservation request for the destination, the reservation request including a selected location at the destination and an interval of the reservation; issue a reservation certificate describing the interval of | Defendant's access control system includes and/or uses (and Defendant instructs end users to use) a reservation server, in communication with the reservation interface and a network, to: receive the reservation request for the destination, the reservation request including a selected location at the destination and an interval of the reservation; issue a reservation certificate (e.g., a digital token or certificate corresponding to a reservation and comprising reservation data) describing the interval of the reservation based on the reservation request and the selected location; and transmit, via the network, from the reservation server to a second device distinct from the first device, the reservation certificate and a communication setting corresponding to the access device.

Defendant's access control system includes Noke Smart Entry web portal ("reservation server") to receive the configuration ("reservation request"), including the durations ("interval of the reservation") and the locations ("selected location") the user can access at the building ("destination"). The Noke Smart Entry issues mobile credentials ("reservation certificate") describing the duration ("interval of the reservation") and transmits the |

| Claim 1 | Janus International |
|---|---|
| the reservation based on the reservation request and the selected location; and transmit, via the network, from the reservation server to a second device distinct from the first device, the reservation certificate and a communication setting corresponding to the access device; | mobile credentials, and a communication setting (e.g., a setting enabling contact between the application and the access device) corresponding to the access device, via a network, such as the Internet, to a smartphone ("second device"), which is distinct from the Laptop/Desktop computer ("first device") the admin uses for configuration.<br><br>For e.g., the site admin issues Mobile Credentials ("reservation certificate") to the employee/worker/tenant' Mobile device ("second device") after configuring the location ("selected location") and durations ("interval of the reservation") the employee/worker/tenant can access in the facility ("destination").<br><br>### How to Add Employees, Vendors, or Service Workers<br><br>Use the **Add User** feature in the Nokē Smart Entry (NSE) Web Portal to create accounts for employees, vendors, and service workers who need access to your facility, but aren't tenants. These users are managed entirely within the NSE system, giving you flexibility over who can enter your facility and when.<br><br>Source: HOW TO ADD A NEW USER, https://www.janusintl.com/knowledge/how-to-add-employees-vendors-or-service-workers<br><br>### Creating an Employee Account<br><br>Employee accounts are designed to give staff full access to facility entry points.<br><br>**Steps to Create an Employee Account**<br><br>1. Log in to the **Web Portal**.<br>2. In the top-right corner, click **Add User** to open the **Create New User** form.<br>3. Select the **Employee** option. |

| Claim 1 | Janus International |
|---|---|
|  |  |

# Exhibit B – Evidence of Use Regarding Infringement of U.S. Patent No. 10,657,747

| Claim 1 | Janus International |
|---------|---------------------|
| |  **DURATION OF THE RESERVATION** <br><br> Source: NOKE SMART ENTRY TRAINING MANUAL, https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual |

| Claim 1 | Janus International |
|---|---|
| | Digital keys offer a convenient, secure, and flexible way to access Nokē devices and facilities. With the ability to function offline and automatically refresh daily, the system ensures seamless access even in areas with limited connectivity.<br><br>Verifying a User Has an Active Digital Key<br><br>When a user first arrives on-site and is signing in to the mobile app with his credentials, his device is checking in with the Nokē system. Upon this check-in, a security verification is performed which is asking the Nokē Smart Entry system:<br><br>• Who is this user?<br><br>• What unit(s) are rented?<br><br>• Is the tenant paid current?<br><br>• Is the tenant here during his scheduled access hours?<br><br>• Is the device on-site, etc.?<br><br>To see if a user has an active key or if his key is expired, navigate in the Web Portal to the **Users** tab and then select the specific user. On this page, you will see a field called **Offline Key Expiration**. |

Case 3:26-cv-00123-LMM    Document 1-2    Filed 06/08/26    Page 20 of 28

19

| Claim 1 | Janus International |
|---|---|
| | Here is an example of a key that is currently active: <br><br>[https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual](https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual) |
| d) an application installed on the second device to receive the reservation certificate and the communication setting corresponding to the access device, wherein the application wirelessly transmits the reservation certificate to the access device using the communication setting upon receipt of a command to activate the door lock; and | Defendant's access control system includes and/or uses (and Defendant instructs end users to use) an application installed on the second device to receive the reservation certificate and the communication setting corresponding to the access device, wherein the application wirelessly transmits the reservation certificate to the access device using the communication setting upon receipt of a command to activate the door lock.<br><br>Defendant's access control system comprises an application ("app"), including the Smart Entry Mobile app, that operates on the smartphone ("second device"). The Smart Entry Mobile app receives the mobile credential ("reservation certificate") and wirelessly transmits (e.g., via Bluetooth) the mobile credential to a Door Reader ("access device"), including but not limited to the Noke Screen, using the communication setting such as Bluetooth upon receipt of a command to activate (e.g., unlock) the door lock. |

20

| Claim 1 | Janus International |
|---|---|
| | **Setting Up Your Storage Smart Entry Mobile App**<br><br>The **Storage Smart Entry mobile app by Nokē** makes accessing your storage unit quick and effortless. Follow these steps to download, set up, and use the app for seamless entry to your unit.<br><br>**Step 2: First Steps for New Tenants**<br><br>1. **Receive an Automated Text Message**<br>   • After renting your unit, you'll receive a **text message** with a download link.<br><br>2. **Download and Log In**<br>   • Click the link to download the app and open it.<br>   • **Log in** using your **phone number** as your username and the **6-digit PIN (activation code)** from the text as your **temporary password**.<br><br>3. **Create a New Password**<br>   • Once logged in, you'll be prompted to **set a new password**.<br><br>4. **Enable Bluetooth & Location Services**<br>   • Tap '**OK**' twice when prompted to allow Bluetooth and Location Services access.<br><br>Source: SETTING UP YOUR STORAGE SMART ENTRY MOBILE APP, https://www.janusintl.com/knowledge/setting-up-your-storage-smart-entry-mobile-app<br><br>**Logging into the Mobile App on New Devices** |

# Exhibit B – Evidence of Use Regarding Infringement of U.S. Patent No. 10,657,747

| Claim 1 | Janus International |
|---|---|
| | 3. **Download a New Offline/Digital Key**<br><br>• Before visiting the facility, ensure you **download a new key** to your device.<br><br>• **How?**<br><br>    ◦ **Option 1**: Log into the app **while on-site** to automatically download the key.<br><br>    ◦ **Option 2**: **Initiate an entry** using the app while connected to Wi-Fi or mobile data.<br><br>• Once done, your new device will be ready to open your unit.<br><br>Source: LOGGING INTO THE MOBILE APP ON NEW DEVICES, https://www.janusintl.com/knowledge/adding-the-mobile-app-to-other-smart-devices<br><br>## How Digital Keys Work<br><br>1. **Security Checks**:<br>When a user arrives at your facility, the system performs several critical checks:<br><br>• **Location Check**: Verifies the user's presence at the facility.<br><br>• **Rental Status Check**: Ensures the user is not in a delinquent status.<br><br>• **Schedule Check**: Confirms that the user is within their assigned access time.<br><br>2. **Issuing the Digital Key**:<br>After these checks are successfully completed, the system issues a **digital key** to the user. This key authorizes access to the facility and its devices. |

22

| Claim 1 | Janus International |
|---|---|
| | <br><br>Source: UNDERSTANDING DIGITAL KEYS, https://www.janusintl.com/knowledge/understanding-digital-keys<br><br>https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual |

Case 3:26-cv-00123-LMM    Document 1-2    Filed 06/08/26    Page 24 of 28

# Exhibit B – Evidence of Use Regarding Infringement of U.S. Patent No. 10,657,747

| Claim 1 | Janus International |
|---|---|
|  |  |

https://www.janusintl.com/knowledge/explaining-why-the-nok%C4%93-storage-smart-entry-mobile-app-needs-to-know-a-tenants-location

https://github.com/noke-inc/noke-core-api-documentation

24

| Claim 1 | Janus International |
|---|---|
| e) wherein the access device receives the reservation certificate from the application based on use by the application of the communication setting, and the processor activates the door lock based on at least the receipt of the reservation certificate. | Defendant's access control system includes and/or uses (and Defendant instructs end users to use) an access device, wherein the access device receives the reservation certificate from the application based on use by the application of the communication setting, and the processor activates the door lock based on at least the receipt of the reservation certificate. The Door Reader ("access device"), including but not limited to the Noke Screen receives, via the communication setting such as Bluetooth, the mobile credential ("reservation certificate") from the Storage Smart Entry mobile app when it is within range of the Door Reader. The processor activates the door lock (e.g., unlocks the door) based on at least the receipt of the mobile credentials. For e.g., when a user comes within proximity of the Door Reader, the corresponding unit icon is highlighted on the home screen of the Storage Smart Entry mobile application. The user can then select the highlighted icon to initiate unlocking of the door.  |

# Exhibit B – Evidence of Use Regarding Infringement of U.S. Patent No. 10,657,747

| Claim 1 | Janus International |
|---|---|
|  | **BLUETOOTH SMART SCREEN KEYPAD**<br><br>**SMARTER KEYPAD, SMARTER SCREEN.**<br><br>The all-new Nokē Screen takes access control to new levels by allowing you to display your branding, custom messages and full color graphics to your tenants. This complete smart access control solution works everywhere a traditional access control system does, includes a smarter display, round the clock customer support, custom branded mobile app and more!<br><br>The latest in the award-winning line of Noke Smart Entry products, Nokē Screen boasts a number of exciting design features, like a customizable full-graphic display screen, Wi-Fi and Bluetooth connectivity, and an all-in-one design that combines the controller and the keypad in a single device.<br><br>**FEATURES & BENEFITS AT A GLANCE:**<br><br>• A sleek, customizable branded graphic display screen<br><br>• An expert, warranty-backed installation included<br><br>• Three modes of smart access for customers: mobile app, fob, or key code<br><br>Source: NOKE SCREEN, https://www.janusintl.com/noke-screen<br><br>**Using the App to Access Your Unit**<br><br>1. **Home Screen Overview:**<br><br>    • After logging in, the **Home screen** of the app will display essential facility details, including the name, address, and phone number.<br><br>    • A list of **entry points**, **units**, and **devices** you have access to will be shown.<br><br>3. **Access Your Unit:**<br><br>    • Once you reach your unit or are within range, the **unit icon** will be highlighted in the Home screen.<br><br>    • Tap the **highlighted icon** to unlock your unit.<br><br>Source: OPENING A UNIT AS A TENANT, https://www.janusintl.com/knowledge/opening-a-unit-as-a-tenant |

| Claim 1 | Janus International |
|---------|---------------------|
| | <br><br>Source: NOKE SCREEN, https://www.janusintl.com/noke-screen |