# EXHIBIT C

# Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579

| Claim 8 | Janus International |
| --- | --- |
| 8. An access control system comprising: | Defendant Janus International Group ("Janus" or "Defendant") manufactures, uses (including for testing), sells, and/or offers for sale the Janus Smart Door Readers and the Storage Smart Entry application, including its "Mobile Credential" feature, which enables access to entry points such as door locks. Defendant also provides instructions to end users regarding the use of these features. The Door Reader, together with the associated hardware, software, mobile applications, and related functionalities (collectively, the "Accused Products"), constitutes an access device for use within an access control system, including systems designed to control door locks.<br><br>The Accused Products include the Janus Smart Door Readers, including but not limited to the **Noke One, Noke Infinite, Noke Ion, Noke Pad Smart Keypad and Noke Screen.** Each of these products is an access device that facilitates the locking and unlocking of door locks as part of an access control system. The system supports mobile credentials, with mobile credentials delivered to a user's smartphone. Janus's access control ecosystem facilitates secure entry through applications such as the Storage Smart Entry Application. In operation, the system allows mobile credentials to be transmitted from a user's smartphone—on which the Storage Smart Entry Application is installed—to the smart door reader via Bluetooth. To gain access, the user activates a digital key within the mobile application and brings the smartphone within proximity of the door reader, such that the devices are within Bluetooth communication range.<br><br> |

# Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579

| Claim 8 | Janus International |
| --- | --- |
|  | **ACCESS CONTROL TECHNOLOGIES**<br>***Best-In-Class Access Control Technologies. Protect Your Property and Your People.***<br>With Access Control Technologies (ACT) our Access Control Services offer high-quality innovation and design created to help improve your operational efficiencies and extend your capabilities all while securing and protecting your valuable assets, resources, and people.<br>Whether you need to upgrade an outdated access control system, add to an existing one, or commission something brand-new, we have a team of experts that will take your project from concept to completion.<br>**ACT Specialties:**<br>**Access Control:** As the largest integrator of access control products, like Nokē Smart Entry, our high-tech integration fits within existing onsite infrastructures. Client facilities and unit access solutions can be smarter and more adaptable than ever.<br>Source: ACCESS CONTROL, https://www.janusintl.com/access-control-technologies<br>**The Nokē® Smart Entry System by Janus International is a wireless, cloud-based digital key management solution that allows tenants entry to the facility using only a smart phone [1]**<br>**The Nokē® Smart Entry System is designed to:**<br>• Provide authorized tenant entry (or restrict entry) with an easy-to-use, intuitive and convenient way to access facility access points (gate, man-door, floor and individual unit(s)[2] using a smart phone app or wireless, entry to the facility and smart units using a smart phone key fob<br>• Provide site manager entry to facility access points (gate, man-door, floor and *vacant* unit(s) using a smart phone app or tablet<br>Source: NOKE SMART ENTRY SYSTEM, https://www.janusintl.com/noke1 |

# Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579

| Claim 8 | Janus International |
|---|---|
| |   |

**Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579**

| Claim 8 | Janus International |
|---|---|
| | Storage Smart Entry by Nokē allows you to seamlessly access your storage unit with your smartphone.<br><br>Source: STORAGE SMART ENTRY BY NOKE, https://apps.apple.com/us/app/storage-smart-entry-by-nok%C4%93/id1241055944<br><br>**Setting Up Your Storage Smart Entry Mobile App**<br><br>**Step 3: Accessing Your Storage Unit**<br>1. **Open** the **Storage Smart Entry mobile app**.<br>2. **Tap the LED light** on the Nokē smart lock to "wake" it up.<br>3. Once the lock is active, the **unit icon** in your app will **highlight**.<br>4. **Tap the highlighted icon** to unlock the door.<br>5. **Slide the hasp open** and **lift the door**.<br><br>Source: SETTING UP YOUR STORAGE SMART ENTRY MOBILE APP, https://www.janusintl.com/knowledge/setting-up-your-storage-smart-entry-mobile-app |

# Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579

| Claim 8 | Janus International |
| --- | --- |
| |  |

## Nokē Infinitē

Nokē Infinitē is an on-door, dual technology, smart locking system that is the latest addition in the award-winning line of Nokē Smart Entry products. Nokē Infinitē combines the robust features of Bluetooth with the power harvesting capabilities of NFC, making it the first and only battery powered self-storage smart lock that can be accessed even after the 5-year / 45,000 cycle battery life. This next generation smart lock is optimized for retrofit installs. Nokē Infinitē is 50% faster to install and has a superior antenna (4x stronger) than previous versions, making it the ideal lock ideal for retrofits.

**Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579**

| Claim 8 | Janus International |
| --- | --- |
| | Source: NOKE INFINITE, https://www.janusintl.com/hubfs/Noke%20Infinit%C4%93%20Assets%20and%20Visual/Noke_2026-03_Sheet_Infinite.pdf   **Introducing, Nokē Ion**<br>Nokē Ion is a hardwired smart locking system that is the latest addition in the award-winning line of Nokē Smart Entry products. Nokē Ion fits on the inside track of the door and boasts an innovative yet simplified design. This smart locking solution is low-voltage powered, can be customized with enhanced features like LED lights and motion sensors, and is designed and optimized for all Janus self-storage and commercial door products for both new construction and retrofits. Nokē Ion provides an enhanced customer experience while giving you the peace of mind that comes with knowing you are maximizing your facility's security. |

**Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579**

| Claim 8 | Janus International |
| --- | --- |
| |  <br>Source: NOKE ION, https://www.janusintl.com/hubfs/Noke%20Ion%20Smart%20Entry%20Brochure%202024.pdf<br> |

**Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579**

| Claim 8 | Janus International |
|---|---|
| | **COMPLETE SMART ACCESS CONTROL SOLUTION**<br>Works everywhere a traditional access control system does, and includes a smarter display, round the clock customer support, custom branded mobile app and more!<br><br>Source: NOKE SCREEN, https://www.janusintl.com/hubfs/Noke%20Collateral/Marketing-Materials/Noke_Screen_One_Page_Sales_Sheet.pdf<br><br>**NOKĒ PAD SMART KEYPAD**<br>**IF YOU THINK ALL KEYPADS ARE CREATED EQUAL...THINK AGAIN!**<br>Our Nokē Smart Entry system is the pinnacle of convenience and security for the self-storage industry. Now, the addition of the all-new Nokē Smart Keypad to the Smart Entry family of products gives you the flexibility to offer your tenants a smarter, more seamless way to access your facility and their unit.<br>• Tenants Can Use Their Smart Phone or Key in Code<br>• Bluetooth 4.0 and Mesh Connectivity Built-in |

## Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579

| Claim 8 | Janus International |
|---|---|
| |   Source: NOKE PAD, https://www.janusintl.com/nokepad |

**Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579**

| Claim 8 | Janus International |
|---|---|
| | **EXTERNAL BLUETOOTH SMART LOCK**<br><br>THE INDUSTRY'S FIRST, **ALL-IN-ONE**, ON-DOOR BLUETOOTH **SMART** LOCK IS HERE.<br><br>Nokē ONE is an electronic smart lock that fits on the outside of the individual self-storage unit door. These smart locks fit seamlessly to both roll-up and swing doors and were designed to improve the security of individual self-storage units while also making life easier for site managers by automating the lock check and overlocking processes.<br><br>Tenants enjoy a more convenient and worry-free self-storage experience with Nokē ONE smart locks because they can now use their mobile phones to access the facility and their individual units without worrying about remembering any codes or keys. Your customers can also view access activity, share a digital key with employees, family members, or movers, and move-in to a unit whenever they'd like. Tenants can rent units online, use the app to access the facility and their units and move-in: all without having to come into the office. Nokē ONE allows self-storage owners to capture more rentals by fully automating the move-in process for tenants.<br><br>Source: NOKE ONE, https://www.janusintl.com/nokeone |
| an access device comprising a communication module connected to a processor having control of a lock; | Defendant's access control system includes and/or utilizes (and Defendant instructs end users to use) an access device comprising a communication module operatively connected to a processor that controls the door lock.<br><br>Specifically, the Defendant's Door Reader (hereinafter referred to as the "access device"), which includes, but is not limited to, the Noke One, comprises Bluetooth antenna ("communication module") connected to the reader's processor that is configured to control the associated door lock. This allows communication between the smartphone and the reader for the entry access control i.e. locking and unlocking of the door lock. |

**Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579**

| Claim 8 | Janus International |
|---|---|
| |  |

Source: NOKE ONE, https://www.janusintl.com/nokeone

| Claim 8 | Janus International |
|---|---|
| | **Application Details:** Equipment: Noke One; FRN: 0024852071; Grantee Code: 2AFRJ; Product Code: -1A; Applicant Business: Noke Inc<br>PROCESSOR |

**Application Details:**

| | |
|---|---|
| Equipment | Noke One |
| FRN | 0024852071 |
| Grantee Code | 2AFRJ |
| Product Code | -1A |
| Applicant Business | Noke Inc |

**Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579**

| Claim 8 | Janus International |
|---|---|
| | <br>Source: INTERNAL PHOTOS, https://fcc.report/FCC-ID/2AFRJ-1A/4803700.pdf Page 2 of 2 |
| an application on a portable terminal; and | Defendant's access control system comprises an application on a portable terminal.<br><br>Defendant's Access Control System comprises Storage Smart Entry Mobile App, that operates on the smartphone ("portable terminal"). The application allows the user to access the entry by tapping the lock and presenting the Storage Smart Entry Mobile App installed mobile to the corresponding door lock shown on their smartphone's screen while having the smartphone in the range of the smart lock. |

| Claim 8 | Janus International |
|---|---|
| |   |

**Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579**

| Claim 8 | Janus International |
|---|---|
| | Storage Smart Entry by Nokē allows you to seamlessly access your storage unit with your smartphone.<br><br>Source: STORAGE SMART ENTRY BY NOKE, https://apps.apple.com/us/app/storage-smart-entry-by-nok%C4%93/id1241055944<br><br>**Setting Up Your Storage Smart Entry Mobile App**<br><br>**Step 3: Accessing Your Storage Unit**<br>1. **Open** the **Storage Smart Entry mobile app**.<br>2. **Tap the LED light** on the Nokē smart lock to "wake" it up.<br>3. Once the lock is active, the **unit icon** in your app will **highlight**.<br>4. **Tap the highlighted icon** to unlock the door.<br>5. **Slide the hasp open** and **lift the door**.<br><br>Source: SETTING UP YOUR STORAGE SMART ENTRY MOBILE APP, https://www.janusintl.com/knowledge/setting-up-your-storage-smart-entry-mobile-app |
| a server to provide a communication setting and a reservation certificate to the application, the communication setting | Defendant's access control system includes and/or uses (and Defendant instructs end users to use) a server to provide a communication setting to the application, the communication setting corresponding to the access device, and to further provide a reservation certificate to the application, the reservation certificate comprising an interval of a reservation. |

**Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579**

| Claim 8 | Janus International |
| --- | --- |
| corresponding to the access device, and the reservation certificate comprising an interval of a reservation, | Defendant's access control system includes Noke Smart Entry Web Portal ("server"), that is used for the configuration of mobile credentials ("reservation certificate") by the administrator after which the Noke Smart Entry Web Portal sends them to a user. The mobile credentials describe the frequency and duration ("interval of the reservation") during which the user can access the storage unit. This mobile credential is then transmitted along with a communication setting (e.g., a setting enabling contact between the application and the access device) corresponding to the Noke One ("access device"), to the Storage Smart Entry Mobile App in a smartphone.<br><br>For e.g., the site admin issues Mobile Credentials ("reservation certificate") to the employee/worker/tenant' Mobile device after configuring the location ("selected location") and durations ("interval of the reservation") the employee/worker/tenant can access in the facility ("destination").<br><br>How to Add Employees, Vendors, or Service Workers<br><br>Use the **Add User** feature in the Nokē Smart Entry (NSE) Web Portal to create accounts for employees, vendors, and service workers who need access to your facility, but aren't tenants. These users are managed entirely within the NSE system, giving you flexibility over who can enter your facility and when.<br><br>Source: HOW TO ADD A NEW USER, https://www.janusintl.com/knowledge/how-to-add-employees-vendors-or-service-workers |

**Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579**

| Claim 8 | Janus International |
| --- | --- |
| |  |

Creating an Employee Account

Employee accounts are designed to give staff full access to facility entry points.

**Steps to Create an Employee Account**

1. Log in to the **Web Portal**.
2. In the top-right corner, click **Add User** to open the **Create New User** form.
3. Select the **Employee** option.

# Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579

| Claim 8 | Janus International |
| --- | --- |
| | 4. Complete the **User Info** form:<br>• **Optional**: Check the box for **Assign to all facilities in the company** if the employee needs access to multiple locations.<br>5. Choose a **Schedule** from the available options.<br>6. Click **Create**.<br>Once created, the employee receives a text message with a link to download the app and a verification code to activate their account.<br>DESTINATION<br>SENDING THE CREATED MOBILE CREDENTIALS TO THE USER VIA EMAIL OR TEXT.<br>Reviewing Access Schedules |

**Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579**

| Claim 8 | Janus International |
| --- | --- |
| | • This tab lists all available schedules for your facility.<br>DEFAULT SCHEDULE — Weekdays: 9:30 am - 6:00 pm; Saturday: 9:00 am - 5:30 pm; Sunday: 6:00 am - 6:01 pm<br>OFFICE SCHEDULE — Weekdays: 9:00 am - 5:30 pm; Saturday: 4:30 am - 5:00 pm; Sunday: 4:30 am - 5:00 pm<br>CUSTOM SCHEDULE — Weekdays: 9:00 am - 3:00 pm; Saturday: 4:30 am - 11:00 pm; Sunday: 4:30 am - 3:00 pm<br>24 HOUR SCHEDULE — Weekdays: 12:00 am - 11:59 pm; Saturday: 12:00 am - 11:59 pm; Sunday: 12:00 am - 11:59 pm<br>DURATION OF THE RESERVATION<br><br>Source: NOKE SMART ENTRY TRAINING MANUAL, https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual |
| wherein the processor receives the reservation certificate from the application based on use by the application of the communications setting, and wherein the processor compares the | Defendant's access control system includes an access device comprising a processor, wherein the processor is configured to compare the interval of a reservation to a current time accessible to the processor in order to determine whether the reservation certificate is valid. When the processor determines that the reservation certificate is current, it activates the door lock by communicating with the access device via a communication setting.<br><br>Specifically, to gain access, the user must possess a valid mobile credential, which is created by a system administrator with an assigned Start Time and End Time (i.e., an "interval of the reservation"). The credential is |

**Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579**

| Claim 8 | Janus International |
|---|---|
| interval of the reservation to a current time accessible to the processor to determine if the reservation certificate is current and wherein the processor activates the lock when the processor determines that the reservation certificate is current. | sent to the user and accessed by opening the Storage Smart Entry Mobile App, displaying the user's assigned doors.<br><br>The Noke One ("access device"), receives, via the communication setting such as Bluetooth, the mobile credential ("reservation certificate") from the Storage Smart Entry Mobile App. When the user initiates an unlock request through the application interface, the mobile credential is transmitted to the Door Reader. Upon receipt, the processor evaluates the reservation interval against the current system time, determines that the credential is being used within its valid time window, and accordingly activates the door lock to grant access.<br><br>The Defendant's Smart Door Reader, including implementations such as the Noke One, includes a processor configured to validate received mobile credentials, including verifying that the credential falls within an authorized access time window. Upon receiving an access request, the processor processes the credential and communicates with the Noke Cloud through the facility's network to confirm the validity and timing of the request. If the processor determines that the user has the appropriate permissions within the permitted time period, it authorizes access and actuates the smart lock to unlock. |

| Claim 8 | Janus International |
|---|---|
| | **EXTERNAL BLUETOOTH SMART LOCK**<br><br>THE INDUSTRY'S FIRST, **ALL-IN-ONE**, ON-DOOR BLUETOOTH **SMART** LOCK IS HERE.<br><br>Nokē ONE is an electronic smart lock that fits on the outside of the individual self-storage unit door. These smart locks fit seamlessly to both roll-up and swing doors and were designed to improve the security of individual self-storage units while also making life easier for site managers by automating the lock check and overlocking processes.<br><br>Tenants enjoy a more convenient and worry-free self-storage experience with Nokē ONE smart locks because they can now use their mobile phones to access the facility and their individual units without worrying about remembering any codes or keys. Your customers can also view access activity, share a digital key with employees, family members, or movers, and move-in to a unit whenever they'd like. Tenants can rent units online, use the app to access the facility and their units and move-in: all without having to come into the office. Nokē ONE allows self-storage owners to capture more rentals by fully automating the move-in process for tenants.<br><br>Source: NOKE ONE, https://www.janusintl.com/nokeone |

**Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579**

| Claim 8 | Janus International |
| --- | --- |
| | <br>Source: STORAGE SMART ENTRY, https://apps.apple.com/us/app/storage-smart-entry-by-nok%C4%93/id1241055944<br>How Digital Keys Work |

**Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579**

| Claim 8 | Janus International |
| --- | --- |
| | LOCATION, BLUETOOTH, DIGITAL KEY<br>Smart device gets app & login credentials<br>User arrives onsite, opens app, (signs in)<br>At Entry Point, data is needed to verify user/device, security check done<br>User passes, digital key is sent to device, only needs Bluetooth signal now<br>0026<br>nokē smart entry<br>A RESERVATION CERTIFICATE PRESENTED<br>Source: DIGITAL KEYS, https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual |

23

<table>
<tr><th>Claim 8</th><th>Janus International</th></tr>
<tr><td></td><td>
How Connectivity Works<br>
1. When a tenant attempts to access their unit, their mobile app communicates with the smart lock via Bluetooth.<br>
2. The unit controller processes this request and relays information through the facility's network.<br>
3. The Nokē Cloud verifies the access request and syncs data with the PMS.<br>
4. If the tenant has proper permissions, access is granted, and the smart lock unlocks.<br><br>
Source: UNDERSTANDING NOKE SMART ENTRY SYSTEM CONNECTIVITY, https://www.janusintl.com/knowledge/connecting-the-system<br><br>
Setting Up Your Storage Smart Entry Mobile App<br>
Step 3: Accessing Your Storage Unit<br>
1. Open the Storage Smart Entry mobile app.<br>
2. Tap the LED light on the Nokē smart lock to "wake" it up.<br>
3. Once the lock is active, the unit icon in your app will highlight.<br>
4. Tap the highlighted icon to unlock the door.<br>
5. Slide the hasp open and lift the door.
</td></tr>
</table>

# Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579

| Claim 8 | Janus International |
|---|---|
| | Source: SETTING UP YOUR STORAGE SMART ENTRY MOBILE APP, https://www.janusintl.com/knowledge/setting-up-your-storage-smart-entry-mobile-app <br>   <br> Source: THE SMART TECHNOLOGY VIDEO CASE STUDY, https://www.janusintl.com/reaching-new-heights-in-utah-with-nok%C4%93-smart-entry?submissionGuid=c7f9846e-17f3-4f41-96bd-23737defbc94 <br> Explaining Nokē ONE Flash Codes |

**Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579**

| Claim 8 | Janus International |
|---|---|
| | <br><br>Source: EXPLAINING NOKE ONE FLASH CODES, https://www.janusintl.com/knowledge/explaining_noke_ones_flashing_codes |

# Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 11,443,579

| Claim 8 | Janus International |
| --- | --- |
| |  |

Digital keys offer a convenient, secure, and flexible way to access Nokē devices and facilities. With the ability to function offline and automatically refresh daily, the system ensures seamless access even in areas with limited connectivity.

Verifying a User Has an Active Digital Key

When a user first arrives on-site and is signing in to the mobile app with his credentials, his device is checking in with the Nokē system. Upon this check-in, a security verification is performed which is asking the Nokē Smart Entry system:

- Who is this user?
- What unit(s) are rented?
- Is the tenant paid current?
- Is the tenant here during his scheduled access hours?
- Is the device on-site, etc.?

To see if a user has an active key or if his key is expired, navigate in the Web Portal to the **Users** tab and then select the specific user. On this page, you will see a field called **Offline Key Expiration**.

Here is an example of a key that is currently active:

| Claim 8 | Janus International |
| --- | --- |
| | Source; DIGITAL KEY VERIFYING, https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual<br>**Understanding Digital Keys**<br>After location-based verification:<br>• The **digital key** allows the tenant's device to connect via **Bluetooth** to entry points and units, bypassing the need for data or Wi-Fi.<br>• The key expires daily at midnight, ensuring:<br>  ◦ Daily re-validation of credentials.<br>  ◦ Updates for changes like account delinquency, shared access revocation, or move-outs.<br>This daily refresh keeps the facility secure while maintaining a smooth user experience.<br>Source: DIGITAL KEY, https://www.janusintl.com/knowledge/explaining-why-the-nok%C4%93-storage-smart-entry-mobile-app-needs-to-know-a-tenants-location<br>{ "lock_macs": [ "XX:XX:XX:XX:XX:XX", "XX:XX:XX:XX:XX:XY" ], "actions": [ "unlock", "alarm_triggered" ], "tracking_keys": [ "bill@gmail.com", "ted@gmail.com" ], "before": "2018-05-23T20:08:34Z", "after": "2018-05-21T23:22:16Z" }<br>Source: NOKE API DOCUMENT, https://github.com/noke-inc/noke-core-api-documentation |