# **EXHIBIT D**

| Claim 1 | Janus International |
|---|---|
| 1. An access control system comprising: | Janus International Group ("Janus" or "Defendant") manufactures, uses (including through testing), sells, and/or offers for sale, and instructs end users to use the Noke Smart Entry, including its "Storage Smart Entry App", as a means to control access to entries or door locks. The system, along with its associated hardware, software, applications, and functionalities (collectively, the "Accused Products"), constitutes an access device used in an access control system, including systems configured to control access to door locks at entry points.<br><br>Defendant's Access Control System enables secure access to entries by utilizing the **Storage Smart Entry Application** to unlock Janus Smart Door Readers or door locks installed at access points. Janus offers various Smart Door Reader models that support mobile credentials transmitted via Bluetooth, including but not limited to the **Noke Screen**, as well as other models such as **Noke Infinite, Noke Ion, Noke Pad Smart Keypad** and **Noke One**. The system supports mobile credentials transmitted from a user's smartphone—on which the Storage Smart Entry Application is installed—to the Door Reader via Bluetooth. To gain entry, the user activates the digital key within the mobile application and positions the smartphone near the smart door reader while their smartphone is within Bluetooth.<br><br> |

# Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent 11,217,053

Case 3:26-cv-00123-LMM    Document 1-4    Filed 06/08/26    Page 3 of 32

| Claim 1 | Janus International |
|---------|---------------------|
|         | <br><br>Source: ACCESS CONTROL, https://www.janusintl.com/access-control-technologies<br><br><br><br>Source: NOKE SMART ENTRY SYSTEM, https://www.janusintl.com/noke1 |

2

| Claim 1 | Janus International |
|---------|---------------------|
|         |  |

Case 3:26-cv-00123-LMM    Document 1-4    Filed 06/08/26    Page 5 of 32

| Claim 1 | Janus International |
|---------|---------------------|
|  | About this app → <br><br> Storage Smart Entry by Nokē allows you to seamlessly access your storage unit with your smart phone or Wear OS device. <br><br> Source: STORAGE SMART ENTRY BY NOKE, https://play.google.com/store/apps/details?id=com.noke.nokeaccess&hl=en_us <br><br> **Setting Up Your Storage Smart Entry Mobile App** <br><br> **Step 3: Accessing Your Storage Unit** <br><br> 1. **Open** the **Storage Smart Entry mobile app**. <br> 2. **Tap the LED light** on the Nokē smart lock to "wake" it up. <br> 3. Once the lock is active, the **unit icon** in your app will **highlight**. <br> 4. **Tap the highlighted icon** to unlock the door. <br> 5. **Slide the hasp open** and **lift the door**. <br><br> Source: SETTING UP YOUR STORAGE SMART ENTRY MOBILE APP, https://www.janusintl.com/knowledge/setting-up-your-storage-smart-entry-mobile-app |

4

| Claim 1 | Janus International |
|---|---|
| |  Source: NOKE INFINITE, https://www.janusintl.com/hubfs/Noke%20Infinit%C4%93%20Assets%20and%20Visual/Noke_2026-03_Sheet_Infinite.pdf |

| Claim 1 | Janus International |
|---------|---------------------|
|         | <br><br>Source: NOKĒ ION, https://www.janusintl.com/hubfs/Noke%20Ion%20Smart%20Entry%20Brochure%202024.pdf |

**Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent 11,217,053**

| Claim 1 | Janus International |
|---------|---------------------|
| |  |

# Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent 11,217,053

| Claim 1 | Janus International |
|---|---|
|  |  Source: NOKĒ PAD, https://www.janusintl.com/nokepad |

8

| Claim 1 | Janus International |
|---|---|
|  | <br><br>Source: NOKE ONE, https://www.janusintl.com/nokeone |
| a) an access device comprising a short-range wireless communication module connected to a processor having control of a door lock; | Defendant's access control system includes and/or utilizes (and Defendant instructs end users to use) an access device comprising a communication module operatively connected to a processor that controls the door lock.<br><br>Specifically, the Defendant's Door Reader (hereinafter referred to as the "access device"), which includes, but is not limited to, the Noke One, comprises a Bluetooth antenna ("communication module") connected to the reader's processor that is configured to control the associated door lock. This allows communication between the smartphone and the reader for the entry access control i.e. locking and unlocking of the door lock. |

9

# Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent 11,217,053

| Claim 1 | Janus International |
|---|---|
| |  <br> Source: NOKE ONE, https://www.janusintl.com/nokeone |

10

# Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent 11,217,053

| Claim 1 | Janus International |
|---------|---------------------|
|         | **Application Details:**<br><br>Equipment — Noke One<br>FRN — 0024852071<br>Grantee Code — 2AFRJ<br>Product Code — -1A<br>Applicant Business — Noke Inc<br><br>PROCESSOR |

11

Case 3:26-cv-00123-LMM   Document 1-4   Filed 06/08/26   Page 13 of 32

| Claim 1 | Janus International |
|---|---|
| | <br><br>Source: INTERNAL PHOTOS, https://fcc.report/FCC-ID/2AFRJ-1A/4803700.pdf  Page 2 of 2 |
| b) a secure reservation interface to receive a reservation request for a reservation at a given destination, the reservation interface comprising one or more screens for receiving a selection of at least an interval of the reservation; | Defendant's access control system includes and/or utilizes (and Defendant instructs end users to use) a secure reservation interface configured to receive a reservation request for access at a given destination. The reservation interface comprises one or more screens for receiving a selection of a location at the destination and an interval of the reservation (e.g., start time and duration or end time).<br><br>Defendant's system includes a web console, i.e., Noke Smart Entry web portal ("reservation interface") that allows an administrator to add users, configure user schedules, specify access locations and durations, and issue credentials. The administrator selects one or more access locations within a facility (the "destination") and assigns |

| Claim 1 | Janus International |
|---|---|
|  | specific access intervals (i.e., "intervals of reservation") based on the user's clearance. The interface includes multiple screens for receiving and setting the location and reservation interval parameters.<br><br>For e.g., using the web console (the "reservation interface") the administrator may grant a guest access to multiple locations within the facility for a specified schedule selected from predefined options. Such a schedule may include a default access window, for instance from 09:00 AM to 05:30 PM, Monday through Friday ("interval of reservation").<br><br>**How to Add Employees, Vendors, or Service Workers**<br><br>Use the **Add User** feature in the Nokē Smart Entry (NSE) Web Portal to create accounts for employees, vendors, and service workers who need access to your facility, but aren't tenants. These users are managed entirely within the NSE system, giving you flexibility over who can enter your facility and when.<br><br>Source: HOW TO ADD A NEW USER, https://www.janusintl.com/knowledge/how-to-add-employees-vendors-or-service-workers |

# Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent 11,217,053

| Claim 1 | Janus International |
|---------|---------------------|
| |  Source: NOKE SMART ENTRY TRAINING MANUAL, https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual |

14

| Claim 1 | Janus International |
|---|---|
| c) a reservation server, in communication with the reservation interface and a network, to: receive the reservation request for the destination, the reservation request including at least the interval of the reservation; issue a reservation certificate comprising the interval of the reservation based on at least the reservation request; transmit, via the network, from the reservation server to a smartphone, at least the reservation certificate and a short-range wireless communication setting corresponding to the access device; | Defendant's access control system includes and/or uses (and Defendant instructs end users to use) a reservation server, in communication with the reservation interface and a network, to: receive the reservation request for the destination, the reservation request including an interval of the reservation; issue a reservation certificate (e.g., a digital token or certificate corresponding to a reservation and comprising reservation data) describing the interval of the reservation based on the reservation request; and transmit, via the network, from the reservation server to a smartphone, the reservation certificate and a communication setting corresponding to the access device.<br><br>Defendant's access control system includes Noke Smart Entry web portal ("reservation server") to receive the configuration ("reservation request"), including the durations ("interval of the reservation") and the locations ("selected location") the user can access at the building ("destination"). The Noke Smart Entry issues mobile credentials ("reservation certificate") describing the duration ("interval of the reservation") and transmits the mobile credentials, and a communication setting (e.g., a setting enabling contact between the application and the access device) corresponding to the access device, via a network, such as the Internet, to a smartphone, which is distinct from the Laptop/Desktop computer the admin uses for configuration.<br><br>For e.g., the site admin issues Mobile Credentials ("reservation certificate") to the employee/worker/tenant' Mobile device after configuring the location ("selected location") and durations ("interval of the reservation") the employee/worker/tenant can access in the facility.<br><br>How to Add Employees, Vendors, or Service Workers<br><br>Use the **Add User** feature in the Nokē Smart Entry (NSE) Web Portal to create accounts for employees, vendors, and service workers who need access to your facility, but aren't tenants. These users are managed entirely within the NSE system, giving you flexibility over who can enter your facility and when.<br><br>Source: HOW TO ADD A NEW USER, https://www.janusintl.com/knowledge/how-to-add-employees-vendors-or-service-workers |

| Claim 1 | Janus International |
|---|---|
|  |  |

| Claim 1 | Janus International |
|---|---|
| |  |

Case 3:26-cv-00123-LMM    Document 1-4    Filed 06/08/26    Page 18 of 32

17

| Claim 1 | Janus International |
|---------|---------------------|
| | <br><br>Source: NOKE SMART ENTRY TRAINING MANUAL, https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual |

18

| Claim 1 | Janus International |
|---|---|
| | Source: DIGITAL KEY, https://www.janusintl.com/knowledge/explaining-why-the-nok%C4%93-storage-smart-entry-mobile-app-needs-to-know-a-tenants-location |
| d) a smartphone application installed on the smartphone to receive the reservation certificate and the communication setting corresponding to the access device, wherein the smartphone application comprises a transmission module that wirelessly transmits the reservation certificate to the access device using the shortrange wireless communication setting when the smartphone on which the smartphone application is installed is within short-range wireless transmission distance of the access device; and | Defendant's access control system includes and/or uses (and Defendant instructs end users to use) a smartphone application installed on the smartphone to receive the reservation certificate and the communication setting corresponding to the access device, wherein the application wirelessly transmits the reservation certificate to the access device using the communication setting upon receipt of a command to activate the door lock.<br><br>Defendant's access control system comprises an application ("app"), including the Smart Entry Mobile app, that operates on the smartphone. The Smart Entry Mobile app receives the mobile credential ("reservation certificate") and wirelessly transmits (e.g., via Bluetooth) the mobile credential to a Door Reader ("access device"), including but not limited to the Noke Screen, using the communication setting such as Bluetooth upon receipt of a command to activate (e.g., unlock) the door lock.<br><br>Storage Smart Entry by Nokē<br>Utilities<br>Free · Designed for iPad. Not verified for macOS. |

| Claim 1 | Janus International |
|---|---|
| | <br>Source: STORAGE SMART ENTRY BY NOKE, https://apps.apple.com/us/app/storage-smart-entry-by-nok%C4%93/id1241055944 |

20

| Claim 1 | Janus International |
|---|---|
| | **Step 3: Accessing Your Storage Unit**<br><br>1. **Open** the **Storage Smart Entry mobile app**.<br>2. **Tap the LED light** on the Nokē smart lock to "wake" it up.<br>3. Once the lock is active, the **unit icon** in your app will **highlight**.<br>4. **Tap the highlighted icon** to unlock the door.<br>5. **Slide the hasp open** and **lift the door**.<br><br>Source: Setting Up Your Storage Smart Entry Mobile App, https://www.janusintl.com/knowledge/setting-up-your-storage-smart-entry-mobile-app<br><br>**Storage Smart Entry by Nokē** |

# Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent 11,217,053

| Claim 1 | Janus International |
| --- | --- |
| |  |

22

**Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent 11,217,053**

| Claim 1 | Janus International |
|---|---|
| | Source: STORAGE SMART ENTRY, https://apps.apple.com/us/app/storage-smart-entry-by-nok%C4%93/id1241055944<br><br>**Setting Up Your Storage Smart Entry Mobile App**<br><br>**Step 3: Accessing Your Storage Unit**<br><br>1. **Open** the **Storage Smart Entry mobile app.**<br>2. **Tap the LED light** on the Nokē smart lock to "wake" it up.<br>3. Once the lock is active, the **unit icon** in your app will **highlight.**<br>4. **Tap the highlighted icon** to unlock the door.<br>5. **Slide the hasp open** and **lift the door.**<br><br>Source: SETTING UP YOUR STORAGE SMART ENTRY MOBILE APP, https://www.janusintl.com/knowledge/setting-up-your-storage-smart-entry-mobile-app |

23

Case 3:26-cv-00123-LMM   Document 1-4   Filed 06/08/26   Page 24 of 32

Case 3:26-cv-00123-LMM    Document 1-4    Filed 06/08/26    Page 25 of 32

| Claim 1 | Janus International |
|---------|---------------------|
|         | **How Connectivity Works**<br><br>1. When a tenant attempts to access their unit, their mobile app communicates with the smart lock via Bluetooth.<br><br>2. The unit controller processes this request and relays information through the facility's network.<br><br>3. The Nokē Cloud verifies the access request and syncs data with the PMS.<br><br>4. If the tenant has proper permissions, access is granted, and the smart lock unlocks.<br><br>Source: UNDERSTANDING NOKE SMART ENTRY SYSTEM CONNECTIVITY, https://www.janusintl.com/knowledge/connecting-the-system<br><br>How Digital Keys Work |

| Claim 1 | Janus International |
|---|---|
| | A RESERVATION CERTIFICATE PRESENTED FROM SMARTPHONE APPLICATION<br><br>Source: DIGITAL KEYS, https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual |
| e) wherein the access device receives the reservation certificate from the smartphone application based on use by the smartphone application of the short-range wireless communication setting, and the processor activates the door lock based on at least | Defendant's access control system includes and/or uses (and Defendant instructs end users to use) the foregoing, wherein the access device receives the reservation certificate from the smartphone application based on use by the smartphone application of the short-range wireless communication setting, and the processor activates the door lock based on at least the receipt of the reservation certificate.<br><br>In operation, a user is issued a digital key ("reservation certificate") that defines the user's access rights and includes a specified validity period. This credential is typically provisioned by a system administrator and accessed via a mobile application installed on the user's smartphone. When the user initiates an unlock request through the application interface, the mobile credential is transmitted to the Door Reader. Upon receipt, the processor evaluates the reservation interval against the current system time, determines that the credential is being used within its valid time window, and accordingly activates the door lock to grant access. |

# Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent 11,217,053

| Claim 1 | Janus International |
|---|---|
| the receipt of the reservation certificate. |  |

26

| Claim 1 | Janus International |
|---|---|
|  | Source: STORAGE SMART ENTRY, https://apps.apple.com/us/app/storage-smart-entry-by-nok%C4%93/id1241055944 <br><br> How Digital Keys Work <br><br> LOCATION, BLUETOOTH, DIGITAL KEY <br><br> Smart device gets app & login credentials <br> User arrives onsite, opens app, (signs in) <br> At Entry Point, data is needed to verify user/device, security check done <br> User passes, digital key is sent to device, only needs Bluetooth signal now <br> 0026 <br><br> A RESERVATION CERTIFICATE PRESENTED FROM SMARTPHONE APPLICATION <br><br> Source: DIGITAL KEYS, https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual <br><br> Setting Up Your Storage Smart Entry Mobile App |

27

| Claim 1 | Janus International |
|---------|---------------------|
| |  Source: SETTING UP YOUR STORAGE SMART ENTRY MOBILE APP, https://www.janusintl.com/knowledge/setting-up-your-storage-smart-entry-mobile-app <br><br> Source: THE SMART TECHNOLOGY VIDEO CASE STUDY, https://www.janusintl.com/reaching-new-heights-in-utah-with-nok%C4%93-smart-entry?submissionGuid=c7f9846e-17f3-4f41-96bd-23737defbc94 |

| Claim 1 | Janus International |
|---|---|
| |  Source: EXPLAINING NOKĒ ONE FLASH CODES, https://www.janusintl.com/knowledge/explaining_noke_ones_flashing_codes |

# Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent 11,217,053

| Claim 1 | Janus International |
| --- | --- |
| | Digital keys offer a convenient, secure, and flexible way to access Nokē devices and facilities. With the ability to function offline and automatically refresh daily, the system ensures seamless access even in areas with limited connectivity.<br><br>Verifying a User Has an Active Digital Key<br><br>When a user first arrives on-site and is signing in to the mobile app with his credentials, his device is checking in with the Nokē system. Upon this check-in, a security verification is performed which is asking the Nokē Smart Entry system:<br><br>• Who is this user?<br>• What unit(s) are rented?<br>• Is the tenant paid current?<br>• Is the tenant here during his scheduled access hours?<br>• Is the device on-site, etc.?<br><br>To see if a user has an active key or if his key is expired, navigate in the Web Portal to the **Users** tab and then select the specific user. On this page, you will see a field called **Offline Key Expiration**.<br><br>Source; DIGITAL KEY VERIFYING, https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual<br><br>**Understanding Digital Keys**<br><br>After location-based verification:<br><br>• The **digital key** allows the tenant's device to connect via **Bluetooth** to entry points and units, bypassing the need for data or Wi-Fi.<br>• The key expires daily at midnight, ensuring:<br>    ○ Daily re-validation of credentials.<br>    ○ Updates for changes like account delinquency, shared access revocation, or move-outs.<br><br>This daily refresh keeps the facility secure while maintaining a smooth user experience. |

30

| Claim 1 | Janus International |
|---------|---------------------|
| | Source: DIGITAL KEY, https://www.janusintl.com/knowledge/explaining-why-the-nok%C4%93-storage-smart-entry-mobile-app-needs-to-know-a-tenants-location <br><br>  <br><br> Source: NOKE API DOCUMENT, https://github.com/noke-inc/noke-core-api-documentation |