# **EXHIBIT E**

# Exhibit E – Evidence of Use Regarding Infringement of U.S. Patent No. 11,373,474

| Claim 1 | Janus International |
|---|---|
| 1. An access control system comprising: | Defendant Janus International holding ag ("Janus International" or "Defendant") manufactures, uses (including for testing), sells, and/or offers for sale access control solutions, and further instructs end users in their operation, including its "Mobile Credential" feature for controlling access to entry points or door locks across various sectors such as hospitality, healthcare, data centers, and residential settings. These systems—together with their associated hardware, software, applications, and functionalities (collectively, the "Accused Products")—constitute access devices within access control systems configured to manage entry through secured door locks.<br><br>Janus International's Access Control System enables secure access to entries by utilizing the **Storage Smart Entry Application** to unlock Janus Smart Door Readers or door locks installed at access points. Janus offers various Smart Door Reader models that support mobile credentials transmitted via Bluetooth, including but not limited to the **Noke One**, as well as other models such as **Noke Infinite, Noke Ion, Noke Pad Smart Keypad** and **Noke Screen**. The system supports mobile credentials transmitted from a user's smartphone—on which the Storage Smart Entry Application is installed—to the Door Reader via Bluetooth. To gain entry, the user activates the digital key within the mobile application and positions the smartphone near the smart door reader while their smartphone is within Bluetooth range.<br><br> |

Case 3:26-cv-00123-LMM    Document 1-5    Filed 06/08/26    Page 2 of 29

| Claim 1 | Janus International |
|---|---|
| | **ACCESS CONTROL TECHNOLOGIES**<br><br>*Best-In-Class Access Control Technologies. Protect Your Property and Your People.*<br><br>With Access Control Technologies (ACT) our Access Control Services offer high-quality innovation and design created to help improve your operational efficiencies and extend your capabilities all while securing and protecting your valuable assets, resources, and people.<br><br>Whether you need to upgrade an outdated access control system, add to an existing one, or commission something brand-new, we have a team of experts that will take your project from concept to completion.<br><br>**ACT Specialties:**<br><br>**Access Control:** As the largest integrator of access control products, like Nokē Smart Entry, our high-tech integration fits within existing onsite infrastructures. Client facilities and unit access solutions can be smarter and more adaptable than ever.<br><br>Source: ACCESS CONTROL, https://www.janusintl.com/access-control-technologies<br><br>**The Nokē® Smart Entry System by Janus International is a wireless, cloud-based digital key management solution that allows tenants entry to the facility using only a smart phone** [1]<br><br>The Nokē® Smart Entry System is designed to:<br><br>• Provide authorized tenant entry (or restrict entry) with an easy-to-use, intuitive and convenient way to access facility access points (gate, man-door, floor and individual unit(s)[2] using a smart phone app or wireless, entry to the facility and smart units using a smart phone key fob<br>• Provide site manager entry to facility access points (gate, man-door, floor and *vacant* unit(s) using a smart phone app or tablet<br><br>Source: NOKE SMART ENTRY SYSTEM, https://www.janusintl.com/noke1<br><br>**Storage Smart Entry by Nokē** |

Case 3:26-cv-00123-LMM Document 1-5 Filed 06/08/26 Page 3 of 29

2

| Claim 1 | Janus International |
|---------|---------------------|
|  | Storage Smart Entry by Nokē allows you to seamlessly access your storage unit with your smartphone. <br><br> Source: STORAGE SMART ENTRY, https://apps.apple.com/us/app/storage-smart-entry-by-nok%C4%93/id1241055944 |

# Exhibit E – Evidence of Use Regarding Infringement of U.S. Patent No. 11,373,474

| Claim 1 | Janus International |
|---------|---------------------|
| | <br><br>Source: SETTING UP YOUR STORAGE SMART ENTRY MOBILE APP, https://www.janusintl.com/knowledge/setting-up-your-storage-smart-entry-mobile-app |

4

| Claim 1 | Janus International |
|---|---|
| | **Nokē Infinitē**<br><br>Nokē Infinitē is an on-door, dual technology, smart locking system that is the latest addition in the award-winning line of Nokē Smart Entry products. Nokē Infinitē combines the robust features of Bluetooth with the power harvesting capabilities of NFC, making it the first and only battery powered self-storage smart lock that can be accessed even after the 5-year / 45,000 cycle battery life. This next generation smart lock is optimized for retrofit installs. Nokē Infinitē is 50% faster to install and has a superior antenna (4x stronger) than previous versions, making it the ideal lock ideal for retrofits.<br><br>Source: NOKE INFINITE, https://www.janusintl.com/hubfs/Noke%20Infinit%C4%93%20Assets%20and%20Visual/Noke_2026-03_Sheet_Infinite.pdf<br><br>**Introducing, Nokē Ion**<br>Nokē Ion is a hardwired smart locking system that is the latest addition in the award-winning line of Nokē Smart Entry products. Nokē Ion fits on the inside track of the door and boasts an innovative yet simplified design. This smart locking solution is low-voltage powered, can be customized with enhanced features like LED lights and motion sensors, and is designed and optimized for all Janus self-storage and commercial door products for both new construction and retrofits. Nokē Ion provides an enhanced customer experience while giving you the peace of mind that comes with knowing you are maximizing your facility's security. |

| Claim 1 | Janus International |
|---------|---------------------|
| |  |

Source: NOKE ION, https://www.janusintl.com/hubfs/Noke%20Ion%20Smart%20Entry%20Brochure%202024.pdf

| Claim 1 | Janus International |
|---------|---------------------|
| | Source: NOKE SCREEN, https://www.janusintl.com/hubfs/Noke%20Collateral/Marketing-Materials/Noke_Screen_One_Page_Sales_Sheet.pdf  Source: NOKE PAD, https://www.janusintl.com/nokepad |

Case 3:26-cv-00123-LMM    Document 1-5    Filed 06/08/26    Page 8 of 29

# Exhibit E – Evidence of Use Regarding Infringement of U.S. Patent No. 11,373,474

| Claim 1 | Janus International |
|---|---|
| | <br><br>Source: NOKE ONE, https://www.janusintl.com/nokeone |

Case 3:26-cv-00123-LMM    Document 1-5    Filed 06/08/26    Page 10 of 29

| Claim 1 | Janus International |
|---|---|
| | <br>Source: UNDERSTANDING DIGITAL KEYS, https://www.janusintl.com/knowledge/understanding-digital-keys |
| an access device comprising a unique Bluetooth ID and a communication module connected to a processor having control of a door lock; | Defendant's access control system includes and/or utilizes (and Defendant instructs end users to use) an access device comprising a unique Bluetooth ID and a communication module connected to a processor having control of a door lock.<br><br>The Defendant's Door Reader ("access device"), which includes, but is not limited to, the Noke One, is a Bluetooth-enabled device that includes a unique Bluetooth address (BD_ADDR/MAC address) ("Bluetooth ID") to uniquely identify the device during wireless communications. The Noke One includes Bluetooth antennas, |

9

| Claim 1 | Janus International |
|---------|---------------------|
| | which serve as wireless communication modules. The Noke One is further equipped with a processor that governs door access by managing the locking and unlocking functions of the door. The communication module enables wireless communication with the **Storage Smart Entry Application** executing on a user's smartphone and is operatively connected to the processor, which controls locking and unlocking of the door lock based on received credentials. <br><br>  <br><br> Source: NOKE ONE, https://www.janusintl.com/nokeone |

10

Case 3:26-cv-00123-LMM   Document 1-5   Filed 06/08/26   Page 12 of 29

| Claim 1 | Janus International |
|---|---|
|  | **Application Details:** Equipment: Noke One; FRN: 0024852071; Grantee Code: 2AFRJ; Product Code: -1A; Applicant Business: Noke Inc <br><br> PROCESSOR |

11

# Exhibit E – Evidence of Use Regarding Infringement of U.S. Patent No. 11,373,474

| Claim 1 | Janus International |
|---|---|
| |  <br><br> Source: INTERNAL PHOTOS, https://fcc.report/FCC-ID/2AFRJ-1A/4803700.pdf  Page 2 of 2 <br><br> Bluetooth smart lock is a type of smart lock that offers great convenience. The operation of the door is mobile as you can control the door without being at the door post. All that it takes is to connect your phone's Bluetooth to the lock. The primary purpose of Bluetooth is authentication. Each Bluetooth device has a unique ID, so you can program your smart lock to automatically open or close when you are nearby. <br><br> Source: BLUETOOTH SMART LOCKS, https://www.betechiot.com/the-complete-guide-to-what-a-smart-key-lock-is/ |

12

| Claim 1 | Janus International |
|---|---|
| | Like a MAC address for LAN-connected devices, Bluetooth devices also have an identity address associated with each device. Understanding how Bluetooth addresses work is crucial for every BLE developer, especially when device privacy is a concern.<br><br>So, what is a Bluetooth Address?<br><br>A *Bluetooth address* sometimes referred to as a Bluetooth MAC address, is a **48-bit value that uniquely identifies a Bluetooth device**. In the Bluetooth specification, it is referred to as BD_ADDR.<br><br>Source: BLUETOOTH SMART LOCKS, https://novelbits.io/bluetooth-address-privacy-ble/ |
| an application on a portable terminal; and | Defendant's access control system includes and/or utilizes (and Defendant instructs end users to use) an application on a portable terminal.<br><br>Defendant's Access Control System includes the Storage Smart Entry Application, which operates on a smartphone ("portable terminal"). The application enables a user to grant and execute access by presenting the smartphone running the Storage Smart Entry Application in proximity to a Smart Door Reader.<br><br>Storage Smart Entry by Nokē<br>Utilities<br>Free · Designed for iPad. Not verified for macOS.<br>⬆ Share<br><br>Storage Smart Entry by Nokē allows you to seamlessly access your storage unit with your smartphone. |

# Exhibit E – Evidence of Use Regarding Infringement of U.S. Patent No. 11,373,474

| Claim 1 | Janus International |
|---|---|
|  |  STORAGE SMART ENTRY APPLICATION — PORTABLE TERMINAL <br><br> Source: STORAGE SMART ENTRY, https://apps.apple.com/us/app/storage-smart-entry-by-nok%C4%93/id1241055944 <br><br> Setting Up Your Storage Smart Entry Mobile App |

14

| Claim 1 | Janus International |
|---|---|
| | **Step 3: Accessing Your Storage Unit**<br><br>1. **Open** the **Storage Smart Entry mobile app**.<br>2. **Tap the LED light** on the Nokē smart lock to "wake" it up.<br>3. Once the lock is active, the **unit icon** in your app will **highlight**.<br>4. **Tap the highlighted icon** to unlock the door.<br>5. **Slide the hasp open** and **lift the door**.<br><br>Source: SETTING UP YOUR STORAGE SMART ENTRY MOBILE APP, https://www.janusintl.com/knowledge/setting-up-your-storage-smart-entry-mobile-app |
| a server to provide a communication setting to the application, the communication setting corresponding to the access device, and to further provide a reservation certificate to the application, the reservation certificate comprising an interval of a reservation, wherein the reservation certificate provided to the application includes the unique Bluetooth ID of the access device, and wherein the application uses the unique Bluetooth | Defendant's access control system includes and/or uses (and Defendant instructs end users to use) a server to provide a communication setting to the application, the communication setting corresponding to the access device, and to further provide a reservation certificate to the application, the reservation certificate comprising an interval of a reservation, wherein the reservation certificate provided to the application includes the unique Bluetooth ID of the access device, and wherein the application uses the unique Bluetooth ID of the access device to identify when the access device is in proximity to the portable terminal and to communicate with the access device when it is identified as in proximity to the application.<br><br>Defendant's access control system includes Noke Smart Entry web portal ("server"), which is used to configure mobile credentials ("reservation certificate") by an administrator and transmit them to a user. The mobile credentials define permitted access parameters, including the duration of access ("interval of the reservation"). This mobile credential is then transmitted along with a communication setting (e.g., a setting enabling contact between the application and the access device) corresponding to the Noke One ("access device"), to the Storage Smart Entry Application in a smartphone.<br><br>The reservation certificate further includes information corresponding to the unique Bluetooth identity of the authorized Noke lock. The system does not require manual Bluetooth pairing between the smartphone and the lock, indicating that the application already possesses the Bluetooth identity information necessary to recognize the authorized access device before the user arrives at the facility. This is further demonstrated by the application's |

undefined# Exhibit E – Evidence of Use Regarding Infringement of U.S. Patent No. 11,373,474

undefined| Claim 1 | Janus International |
|---|---|
| ID of the access device to identify when the access device is in proximity to the portable terminal and to communicate with the access device when it is identified as in proximity to the application, | ability to selectively communicate with the tenant's individual unit lock among numerous nearby Bluetooth-enabled locks and entry points within the facility.<br><br>The application uses this unique Bluetooth identifier to determine when the authorized lock is within Bluetooth proximity of the portable terminal. When the identified lock enters Bluetooth range, the application detects the lock and enables the unlock interface, while the interface remains inactive when the lock is outside Bluetooth range. Upon detecting the authorized lock in proximity, the application establishes a Bluetooth connection with the identified access device and transmits the digital key to effectuate access to the tenant's individual unit.<br><br>**How to Add Employees, Vendors, or Service Workers**<br>Use the **Add User** feature in the Nokē Smart Entry (NSE) Web Portal to create accounts for employees, vendors, and service workers who need access to your facility, but aren't tenants. These users are managed entirely within the NSE system, giving you flexibility over who can enter your facility and when.<br><br>Source: HOW TO ADD A NEW USER, https://www.janusintl.com/knowledge/how-to-add-employees-vendors-or-service-workers<br><br>**Creating an Employee Account**<br>Employee accounts are designed to give staff full access to facility entry points.<br><br>**Steps to Create an Employee Account**<br>1. Log in to the **Web Portal**.<br>2. In the top-right corner, click **Add User** to open the **Create New User** form.<br>3. Select the **Employee** option. |

undefined16

# Exhibit E – Evidence of Use Regarding Infringement of U.S. Patent No. 11,373,474

| Claim 1 | Janus International |
|---|---|
| |  |

17

| Claim 1 | Janus International |
|---|---|
| | <br><br>Source: NOKE SMART ENTRY TRAINING MANUAL, https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual |

# Exhibit E – Evidence of Use Regarding Infringement of U.S. Patent No. 11,373,474

| Claim 1 | Janus International |
|---|---|
| | Source; DIGITAL KEY VERIFYING, https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual<br><br>**Understanding Digital Keys**<br><br>After location-based verification:<br><br>• The **digital key** allows the tenant's device to connect via **Bluetooth** to entry points and units, bypassing the need for data or Wi-Fi.<br>• The key expires daily at midnight, ensuring:<br>    ◦ Daily re-validation of credentials.<br>    ◦ Updates for changes like account delinquency, shared access revocation, or move-outs.<br><br>This daily refresh keeps the facility secure while maintaining a smooth user experience.<br><br>Source: DIGITAL KEY, https://www.janusintl.com/knowledge/explaining-why-the-nok%C4%93-storage-smart-entry-mobile-app-needs-to-know-a-tenants-location<br><br>**Verifying Bluetooth is Activated for Nokē Smart Entry**<br><br>**Overview**<br><br>Bluetooth must be enabled on a tenant's mobile device for Nokē Smart Entry to function properly. Tenants do not need to pair their phone with any Bluetooth device—they only need to ensure Bluetooth is turned on when accessing the facility. This article provides steps to verify Bluetooth is activated and explains how Nokē ONE locks function in relation to Bluetooth. |

19

| Claim 1 | Janus International |
|---|---|
|  | **Tenant Talking Points**<br><br>• Bluetooth is how the tenant's phone communicates with Nokē locks and entry points.<br><br>• Bluetooth must be turned on when visiting the facility.<br><br>• When within Bluetooth range, the **lock or entry point icon will light up** in the mobile app, allowing the tenant to tap it to unlock.<br><br>• If the tenant is out of Bluetooth range, the **icon will not light up**, and remote unlocks will not be possible.<br><br>• If Bluetooth is turned off when they open the Mobile App, the app will prompt them to turn it on.<br><br>Source: NOKĒ SMART ENTRY, https://www.janusintl.com/knowledge/verifying-your-bluetooth-is-activated<br><br>Like a MAC address for LAN-connected devices, Bluetooth devices also have an identity address associated with each device. Understanding how Bluetooth addresses work is crucial for every BLE developer, especially when device privacy is a concern.<br><br>So, what is a Bluetooth Address?<br><br>A *Bluetooth address* sometimes referred to as a Bluetooth MAC address, is a **48-bit value that uniquely identifies a Bluetooth device**. In the Bluetooth specification, it is referred to as **BD_ADDR**.<br><br>Source: BLUETOOTH SMART LOCKS, https://novelbits.io/bluetooth-address-privacy-ble/<br><br>What is Bluetooth Device Address(BD_ADDR)? |

| Claim 1 | Janus International |
|---------|---------------------|
| | BD_ADDR is defined in the Bluetooth specification as the "Bluetooth Device Address" – which is used to identify a Bluetooth device. In version 4.0 of the Bluetooth baseband specification (Core System Package) section 1.2 it is stated that "Each Bluetooth device shall be allocated a unique 48-bit Bluetooth device address and that this address shall be obtained from the IEEE Registration Authority. The address shall be created in accordance with "48-bit universal LAN MAC address" of the IEEE 802 specification."<br><br>Source: BLUETOOTH DEVICE ADDRESS(BD_ADDR), https://community.infineon.com/t5/Knowledge-Base-Articles/BD-ADDR-how-do-you-get-one/ta-p/246800<br><br>**How does Mobile Key work?**<br><br>When you are granted access to a Mobile Key, you will receive a text message with the link to download the application and access your key.<br><br>Once downloaded, the app will ask you to accept certain permissions (Bluetooth, Push Notifications, and Location Services). These permissions enable to application to receive the key and connect with your guest room lock as well as any other common areas or entry doors.<br><br>Next, simply enter your mobile number to receive a verification code. This code is only good for a few minutes, so please enter it into the application as soon as it is received. If you are unable to enter the code before it expires, you can request a new code through the app using the same steps.<br><br>Once you enter the code, the application will associate your phone with the tokenized digital key issued by the hotel.<br><br>When you reach your room, press the button on the main screen to access the room. This action will trigger the Bluetooth in your device to search and connect with the Bluetooth in the lock, as long as the device is within a few inches.<br><br>Source: HOW DOES MOBILE KEY WORK, https://openkeyhelp.zendesk.com/hc/en-us/articles/30234304590605-How-does-Mobile-Key-work |

# Exhibit E – Evidence of Use Regarding Infringement of U.S. Patent No. 11,373,474

| Claim 1 | Janus International |
| --- | --- |
|  | ## Key Components of a Bluetooth Security Lock System<br><br>• **Management software and database:** On a PC or in the cloud, administrators configure user roles, lock groups, time schedules and alarm rules. The system keeps a centralized history of all openings and blocked attempts, which is essential for audits and compliance.<br><br>When these elements are combined with strong cryptography, such as 256-bit AES encryption and unique IDs for each key and lock, the result is a bluetooth security lock ecosystem that is very difficult to bypass using traditional lock-picking or simple key duplication methods. Even if a key is lost, it can be placed on a blacklist so it no longer unlocks any device, without changing a single physical lock.<br><br>Source: BLUETOOTH SECURITY LOCK SOLUTIONS FOR MODERN ACCESS CONTROL, https://www.jwm-rfid.com/blog/bluetooth-security-lock-solution-for-modern/<br><br>**How It Works:**<br>1. **Smartphone Access:** Download the Nokē® app to your smartphone. Once registered, your phone becomes your digital key.<br>2. **Bluetooth Connectivity:** When you arrive at our facility, the app communicates with the Nokē® devices via Bluetooth, granting you access to the necessary gates, entry points, elevators, and your individual unit.<br>3. **Real-Time Monitoring:** Our management system monitors access in real-time, ensuring the highest level of security and providing assistance if needed.<br><br>Source: NOKE KEYLESS ENTRY SYSTEM, https://www.hereselfstorage.com/noke-keyless-entry-system-how-does-it-work/ |

22

Case 3:26-cv-00123-LMM    Document 1-5    Filed 06/08/26    Page 24 of 29

| Claim 1 | Janus International |
|---|---|
| wherein the application compares the interval of the reservation to a current time accessible to the application to determine if the reservation certificate is current and wherein, the application provides the reservation certificate to the access device and activates the door lock by communicating with the access device via the communication setting when the application determines that the reservation certificate is current; and wherein the reservation certificate is provided to the access device solely by the application. | Defendant's access control system includes and/or uses (and Defendant instructs end users to use) wherein the application compares the interval of the reservation to a current time accessible to the application to determine if the reservation certificate is current and wherein, the application provides the reservation certificate to the access device and activates the door lock by communicating with the access device via the communication setting when the application determines that the reservation certificate is current; and wherein the reservation certificate is provided to the access device solely by the application.<br><br>The Defendant's Door Reader, including but not limited to the Noke One, is configured to compare the interval of an authorized access reservation with a current time accessible to the Storage Smart Entry Application in order to determine whether the associated mobile credential ("reservation certificate") is valid and current. When a user signs into the mobile application and arrives on-site, the user device checks in with the Noke Smart Entry system, which performs a security verification process to determine whether the user is present during scheduled access hours and whether the user possesses an active or expired digital key.<br><br>When the application determines that the reservation certificate is current, the Storage Smart Entry Application communicates with the Noke One smart lock ("access device") using Bluetooth communication settings and provides the reservation certificate directly to the access device to activate and unlock the door lock.<br><br>Digital keys offer a convenient, secure, and flexible way to access Nokē devices and facilities. With the ability to function offline and automatically refresh daily, the system ensures seamless access even in areas with limited connectivity.<br><br>Verifying a User Has an Active Digital Key<br><br>When a user first arrives on-site and is signing in to the mobile app with his credentials, his device is checking in with the Nokē system. Upon this check-in, a security verification is performed which is asking the Nokē Smart Entry system:<br><br>• Who is this user?<br>• What unit(s) are rented?<br>• Is the tenant paid current?<br>• Is the tenant here during his scheduled access hours?<br>• Is the device on-site, etc.?<br><br>To see if a user has an active key or if his key is expired, navigate in the Web Portal to the **Users** tab and then select the specific user. On this page, you will see a field called **Offline Key Expiration**. |

**Exhibit E – Evidence of Use Regarding Infringement of U.S. Patent No. 11,373,474**

| Claim 1 | Janus International |
|---------|---------------------|
| | <br><br>Source; DIGITAL KEY VERIFYING, https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual |

24

# Exhibit E – Evidence of Use Regarding Infringement of U.S. Patent No. 11,373,474

| Claim 1 | Janus International |
|---|---|
| | Source: DIGITAL KEY, https://www.janusintl.com/knowledge/explaining-why-the-nok%C4%93-storage-smart-entry-mobile-app-needs-to-know-a-tenants-location<br><br><br><br>Source: STORAGE SMART ENTRY, https://apps.apple.com/us/app/storage-smart-entry-by-nok%C4%93/id1241055944 |

25

# Exhibit E – Evidence of Use Regarding Infringement of U.S. Patent No. 11,373,474

| Claim 1 | Janus International |
|---|---|
|  |  Source: DIGITAL KEYS, https://www.janusintl.com/knowledge/nok%C4%93-smart-entry-training-manual |

26

| Claim 1 | Janus International |
|---|---|
| | Source: SETTING UP YOUR STORAGE SMART ENTRY MOBILE APP, https://www.janusintl.com/knowledge/setting-up-your-storage-smart-entry-mobile-app<br><br><br><br>Source: THE SMART TECHNOLOGY VIDEO CASE STUDY, https://www.janusintl.com/reaching-new-heights-in-utah-with-nok%C4%93-smart-entry?submissionGuid=c7f9846e-17f3-4f41-96bd-23737defbc94<br><br>Explaining Nokē ONE Flash Codes |

| Claim 1 | Janus International |
|---|---|
|  |  Source: EXPLAINING NOKE ONE FLASH CODES, https://www.janusintl.com/knowledge/explaining_noke_ones_flashing_codes |